SAURÍ & SUBIRÁ, PLAINTIFFS AND APPELLANTS, *v.* TREASURER OF PORTO RICO, DEFENDANT AND APPELLEE.

APPEAL from the District Court of Ponce in an Action for the Refund of Taxes.

No. 1759.—Decided July 18, 1918.

Decided on the grounds of the opinion delivered in case No. 1758, *Saurí & Subirá* v. *Treasurer of Porto Rico, ante.*

*Mr. A. F. Castro* for the appellants.

*Messers Howard L. Kern,* Attorney General, and *S. Mestre, Fiscal* of the Supreme Court, for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.